BIA did not abuse its discretion by denying the motion to reconsider on that basis. *See Singh,* 436 F.3d at 487; *Zhao v. Gonzales,* 404 F.3d 295, 303–04 (5th Cir.2005). Accordingly, the petition for review is DENIED.

**Larry Onvisi OMODIA, Plaintiff–Appellant**

v.

**Michael B. MUKASEY, U.S. Attorney General; Michael Chertoff, Secretary, Department of Homeland Security; Kenneth Landgrebe, Director of Detention & Removal, Defendants–Appellees.**

No. 07–20898
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 3, 2008.

Larry Onvisi Omodia, Houston, TX, for Plaintiff–Appellant.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* Rule 47.6.

**Byron SIGNORELLI, Plaintiff–Appellant**

v.

**Richard STALDER, Secretary of Department of Corrections State of Louisiana; Jerry Larpenter, Sheriff Terrebonne Parish; Marcel J. Null, Warden; Margie Whitney, Nurse Richard Neal, Medical Director, Defendants–Appellees.**

No. 07–30442
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 3, 2008.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.